# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLES D. SAUNDERS**, | : CIVIL ACTION NO. 1:07-CV-1517 |
| Petitioner | : (Judge Conner) |
| v. | : |
| **UNITED STATES OF AMERICA**, | : |
| Respondent | : |

## ORDER

AND NOW, this 20th day of August, 2007, upon consideration of the petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2241, challenging the validity of a sentence imposed by the United States District Court for the District of Kentucky (Doc. 1 at 1), and it appearing that the petitioner may challenge the validity of his sentence through an application for writ of habeas corpus in the district of sentencing pursuant to 28 U.S.C. § 2255, see id. ("An application for a writ of habeas corpus in behalf of a prisoner who is authorized to apply for relief by motion pursuant to this section, shall not be entertained [by a court other than the sentencing court] . . . unless it . . . appears that the remedy by motion is inadequate or ineffective to test the legality of his detention."), it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED for lack of jurisdiction.

2. The Clerk of Court is directed to CLOSE this case.

3.   The Clerk of Court shall return the petition and accompanying memorandum to *pro se* petitioner, via regular mail.

S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge
